THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* WAYNE E. MARTIN, Defendant-Appellant.

(No. 72-124; 

Second District—May 2, 1973.

Opinion by Mr. JUSTICE ABRAHAMSON.

Paul Bradley, of Defender Project, of Elgin, for appellant.

F. Lawrence Lenz, State's Attorney, of Freeport, for the People.